**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 100.2.36.149
**Total Works Infringed:** 29  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F62C2A74CD5E3622071519075382940E012291CD  File Hash: 5713795177B739CD4BD8CCEE397FC9DC336BE05B82A3D7BEBDA95E5882E9EE6F | 07-06-2021 05:52:28 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 2 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20  File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-06-2021 05:50:56 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 3 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF  File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-02-2021 09:14:24 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 4 | Info Hash: 18C8BBCC7A09DD1A79D9AE51AD05082F9FCF8DD6  File Hash: AD1EA91DF88124AFEF4D1764EAF491C2C2F38FBF1BB7D9222A8336351EC93687 | 06-22-2021 05:54:05 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 5 | Info Hash: 58CF3E07E868BD7F3DD5C52E6DF0D6BBAAE7C4D6  File Hash: 0326D1D9C7DB690DE9C12831581B36DD5B4347EF393B08A270AFB6138824E0EA | 06-20-2021 09:10:09 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 6 | Info Hash: FF088C22384AB1111022C80D68738B2555699C1F  File Hash: A8C345008909A850184ADB75DCB0628ACF91DCBB874DD670F96958D21691F4D5 | 06-12-2021 09:15:29 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 7 | Info Hash: 177EB47073E916E99C68D49B9997FE6D2B550FA9  File Hash: EA779EC9A0B89E90A68B48717EE67C11B782E39F2A183E8A503BE2AF9F448AD5 | 06-11-2021 20:38:16 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 8 | Info Hash: 7F94C59C008CA99211BC357AA9829B7372D082F3  File Hash: 18F29D4BFDC7C28F9DDCE5E862D459D4F644732FF6A2BDDC2144DB599D4DD66C | 06-10-2021 11:57:27 | Blacked | 02-19-2019 | 03-24-2019 | PA0002184061 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 0C23EF9863154F0FBE3557E7A8E6ACC60380055F<br>File Hash: 06145D1CCC0953AB4A137CD58D90E59A3DDD632456E0756C547DBA9A9AEE97D2 | 05-28-2021 22:51:41 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 10 | Info Hash: 6A36BEF273C58A11C374056A0EEE6D7613CB83F6<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 01-15-2021 02:58:32 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 11 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 12-29-2020 13:25:54 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 12 | Info Hash: 6A7DD0081244ADC2B7AEF403C0AA88FAF981A375<br>File Hash: D2E273445E1293169480E4D81C7BBFCC5AAC919F005A533ADA1B45A487F50FE0 | 11-05-2020 21:43:26 | Blacked | 03-28-2020 | 04-15-2020 | PA0002246108 |
| 13 | Info Hash: A958F4D04BCE42972873DB291BB71B9C555E997F<br>File Hash: 582477A0485F022D944AD482C36DC27AAE2BF05E0A92A5A319A7BA0F73F33448 | 06-02-2020 09:15:11 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 14 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 06-02-2020 04:53:46 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 15 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05-29-2020 22:26:54 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 16 | Info Hash: 08A41F7A327E6D515D72226A6677C858F98FB25F<br>File Hash: 94B8223AA557DEFD6FA162762B73E7069D5F9FE52E48360D2748E102A4AB4418 | 04-27-2020 19:27:30 | Tushy | 04-26-2020 | 05-19-2020 | PA0002241478 |
| 17 | Info Hash: D71122412282C0C91E3B596E16BA20CB45EA76A0<br>File Hash: 72A39B0E55E8088067CB89FD3A2622952A727EEB16BFAC7EDDDBDA21FDA7908E | 04-24-2020 23:13:13 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 2D1BBC3EDC4292008BA31F08663C522EC5D142A6<br>File Hash: 974A8E5FA1CC325E1BF682850A82888E76D55A8B7B82654D46B500635D723C1C | 04-03-2020 05:03:02 | Tushy | 02-05-2019 | 02-22-2019 | PA0002155146 |
| 19 | Info Hash: 4CA65BC5D74B28910BF25839E44C17B9810CCF1C<br>File Hash: 3DD8829105E9885D5D30BCF834EDE3769C1A9E543FBE7501F41245A41A96922B | 03-28-2020 08:15:15 | Blacked | 05-10-2017 | 06-22-2017 | PA0002039285 |
| 20 | Info Hash: 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658<br>File Hash: EE61A84D0A948253FD2F89A37ADDACF7AEC34DAB37A805E22DB0402EB300FC11 | 03-28-2020 08:10:34 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |
| 21 | Info Hash: 78BD9B435990A76BF106093FE3911BA28DA3EDAC<br>File Hash: D97ABF96F5445B726ABBF7E8EE0A20DC3843FC9B58DF75DDE9EE5DD8A175A5BC | 02-26-2020 20:15:06 | Blacked Raw | 02-26-2020 | 04-17-2020 | PA0002252443 |
| 22 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02-20-2020 04:43:11 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 23 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01-11-2020 09:10:45 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 24 | Info Hash: 7F344797FE7DA07DEB82CC2B088D48D1A454B0FC<br>File Hash: C1AEF420CA9A04AF1F4093FD59945CAEC6E878C06D001B1D20BA3BD8D7C92CC9 | 12-13-2019 09:09:56 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 25 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 12-12-2019 06:53:40 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 26 | Info Hash: 84E8FD6C6F2E9B85F8BCE21A8BAD2DAB22867DB8<br>File Hash: 3DB3F80054ED0D29DFA68FE027F5643AC0F95A19A404265FF87772A7CFA608A5 | 12-02-2019 04:08:09 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 7CE0C82288F68FABBD5A21F16DEC94A34F9799AA<br>File Hash: 061F5875482FC09204FC106AB5281AB8A5A39C8D7F4CCBA24F2E1F434E0A36C6 | 11-29-2019 05:37:21 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 28 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 11-21-2019 08:06:55 | Blacked Raw | 11-18-2019 | 12-09-2019 | PA0002216261 |
| 29 | Info Hash: 0075912858F26F4B9B02968E5B9913617E3F3830<br>File Hash: D19DE7E11241A54E88C807833D4C62AB0E74BF1D7C22D6D23A6E3AFBBFB0412C | 11-12-2019 21:39:14 | Blacked | 11-11-2019 | 11-27-2019 | PA0002213994 |